## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the Trustees of the I.U.P.A.T. Welfare Fund of Western PA and the I.U.P.A.T. Western PA Annuity Fund and the International Brotherhood of Painters and Allied Trades District Council #57,<br><br>        Plaintiff,<br><br>    v.<br><br>MACY'S NORTH CENTRAL REGION a/k/a MACY'S, INC.,<br><br>        Defendant. | No. 20-cv-01422 |

### ORDER OF COURT

AND NOW, to wit, this __30th__ day of __October_____, 2020, it is hereby ORDERED that the above-referenced case is DISCONTINUED with prejudice as to the Defendant, Macy's North Central Region a/k/a Macy's, Inc.

 

_____
United States District Court Judge

TADMS:5389329.1 016795-148425